# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LUCAS E. HAZELBAKER,<br><br>    Defendant. | 9:22-PO-5032-KLD<br>Ticket Number: 9437201<br>Location Code: M10<br>Disposition Code: PF<br><br>JUDGMENT IN A CRIMINAL CASE |

  The Defendant, Lucas E. Hazelbaker, was present in court and entered a plea of no contest to the charge of: OCCUPYING IN A DESIGNATED DAY USE SITE.

  The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1.  Defendant must pay a fine in the amount of $25.00 plus $40.00 in fees for OCCUPYING IN A DESIGNATED DAY USE SITE for a total of $65.00. The fine has been paid in full, receipt number MTX9-17211.

  Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of

the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: September 1, 2022.

_____            _____
Date Signed                               KATHLEEN L. DESOTO
                                          United States Magistrate Judge